**James Leroy LORTON v. UNITED STATES of America.**

**No. 9082.**

Circuit Court of Appeals, Ninth Circuit.

June 24, 1940.

Raine Ewell, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and S. P. Murman, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Appellant having failed to file brief within time required, and no showing being made of cause for such default after notice thereof duly given, ordered appeal herein dismissed for failure of appellant to file brief, that a judgment of dismissal be filed and entered accordingly, and mandate of this court issue forthwith.

**Grace LOWE v. Luther C. HESS.**

**No. 9560.**

Circuit Court of Appeals, Ninth Circuit.

July 15, 1940.

John A. Lathanan, Jr., of Fairbanks, Alaska, for appellant.

Chas. E. Taylor, of Fairbanks, Alaska, and Lillick, Geary, Olson & Charles, of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant for dismissal of the appeal herein, ordered motion granted, that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issued forthwith.

**SECURITY–FIRST NATIONAL BANK OF LOS ANGELES, a Corporation, v. UNITED STATES of America.**

**No. 9567.**

Circuit Court of Appeals, Ninth Circuit.

July 15, 1940.

Newlin & Ashburn and A. W. Ashburn, all of Los Angeles, Cal., for appellant.

Wm. Fleet Palmer, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., Armond Monroe Jewell, Asst. U. S. Atty., and Eugene Harpole Sp. Atty. Bureau of Internal Revenue all of Los Angeles, Cal., and C. L. Christie Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein, 29 F. Supp. 734, dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issued forthwith.